**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

PETER MACCI, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

Plaintiff,

- against -

FEDERAL EXPRESS CORPORATION,

Defendant.

---

Case No.: 2:24-cv-4325 (SJB)(LGD)

**NOTICE OF PENDENCY OF LAWSUIT**

**PLEASE READ THIS NOTICE
IF YOU WORKED FOR FEDEX AS A DRIVER
AT THE FRG LOCATION BETWEEN JUNE 18, 2021 AND THE PRESENT**

This Notice is to inform you of a lawsuit against Federal Express Corporation ("FedEx") filed by Plaintiff Peter Macci on behalf of other "similarly situated" individuals who worked for FedEx, at any time between June 18, 2021 and present, at the FRG location as drivers, including but not limited to Couriers (DOT), Couriers, Driver Couriers (DOT), Driver Couriers, Delivery Drivers (DOT), Delivery Drivers, and Shuttle Drivers (DOT). "Similarly situated" refers to drivers who worked for FedEx at its FRG location who allegedly were not compensated for hours worked over 40 per workweek. The lawsuit alleges that FedEx required Mr. Macci and other "similarly situated" drivers to work off-the-clock during mid-shift "breaks" without pay. Specifically, Mr. Macci alleges that he and other "similarly situated" drivers were required to clock out mid-shift for "break" periods under FedEx policy and, during these mandatory off-the-clock periods, Mr. Macci and other "similarly situated" drivers were made to perform work while clocked out, including driving and other job duties.

FedEx denies that it required its drivers to perform off-the-clock work during break periods, and it asserts that drivers were properly paid.

The Court has not decided who is right or wrong, nor has it ruled on whether Mr. Macci's claims or FedEx's defenses have any merit.

## <u>YOUR LEGAL RIGHTS</u>

<u>PARTICIPATING IN THIS LAWSUIT</u>

You are receiving this Notice because Defendant's records show that you may have worked for FedEx at some point between June 18, 2021 and the present at the FRG location in Melville, NY in one of the driver positions listed above.  If you worked for FedEx at FRG as a driver at any time between June 18, 2021 and the present, you may join Plaintiff in this lawsuit (that is, you may "opt-in") by mailing the "Consent to Join Lawsuit" form in the enclosed self-addressed envelope to Plaintiff's attorneys. If you misplace or lose the envelope, you may send the signed Consent to Join Lawsuit form to the following address:

**TA LEGAL GROUP PLLC**
**205 E Main Street, Ste. 3-2**
**Huntington, NY 11743**

You can also scan and email it to **optin@talegalgroup.com**.

To participate in this lawsuit, the signed Consent to Join Lawsuit form must be postmarked (if mailed) or electronically dated (if emailed or signed electronically) on or before **[60 days from mailing of notice]**.

<u>EFFECT OF JOINING THIS LAWSUIT</u>

If you choose to join this lawsuit:

- You will be bound by any decision or judgment of the Court, or settlement.

- You will be required to provide information regarding your employment with Defendant. You may be required to testify at a deposition or at trial, respond to written questions, and produce documents relevant to the case.

- The law prohibits employers from retaliating in any way against employees for exercising their rights to participate in a lawsuit of this nature.

- While this lawsuit alleges violations under both the FLSA and the New York Labor Law ("NYLL"), submitting a Consent to Join Lawsuit form will only make you a claimant with respect to FLSA claims.

## EFFECT OF NOT JOINING THIS LAWSUIT

If you choose not to join this lawsuit, you do not need to do anything.

You are permitted to file your own lawsuit. If you intend on filing your own lawsuit, you should be aware that there may be time limits in which to file an individual FLSA claim and you should consult an attorney to obtain further information about time limits that may apply.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, you may either choose to be represented by Plaintiff's counsel, TA Legal Group PLLC and Brown Kwon & Lam, LLP, or hire your own attorney. If you choose to be represented by Plaintiff's counsel, you authorize them to act on your behalf in all matters relating to this action, including any settlement of your claims, and you agree to be bound by the decisions made and agreements entered into by Plaintiff's counsel.

You do not have to be represented by TA Legal Group PLLC and Brown Kwon & Lam, LLP. You have the right to retain your own counsel, of your choosing, at your own expense.

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK. THE COURT HAS MADE NO DECISION ABOUT THE MERITS OF PLAINTIFF'S CLAIMS OR DEFEENDANT'S DEFENSES.**

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE COURT CLERK'S OFFICE WITH ANY QUESTIONS ABOUT THIS LAWSUIT OR NOTICE.**

If you have questions, you may contact Plaintiff's attorney, Taimur (Tim) Alamgir, at optin@talegalgroup.com or (631) 498-7984.


Dated: _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PETER MACCI, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*, | |
| Plaintiff, | Case No.: 1:24-cv-4325 (SJB)(LGD) |
| - against - | **CONSENT TO JOIN LAWSUIT FORM** |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

TO JOIN THIS LAWSUIT, THIS FORM MUST BE POSTMARKED (IF MAILED) OR ELECTRONICALLY DATE (IF EMAILED OR SIGNED ELECTRONICALLY) ON OR BEFORE **[60 DAYS FROM MAILING OF NOTICE].**

**I consent to join this collective action lawsuit under the Fair Labor Standards Act against FEDEX as an Opt-In Plaintiff.  I agree to be bound by any rulings in this action and adjudication by the court, whether favorable or unfavorable.**

Name: _____

Street Address: _____

City, State, Zip Code: _____

Telephone Number:_____ Email: _____

Signature: _____ Date: _____

---

**MAIL TO:**

TA Legal Group PLLC
205 E Main St. Ste. 3-2
Huntington, NY 11743

**EMAIL TO:**

optin@talegalgroup.com